UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| UNITED STATES OF AMERICA, | ) | 2:05-CR-00422-PMP-GWF |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| LEMAR A. ALLEN, | ) | |
| Defendant. | ) | |

Before the Court for consideration is Defendant Lemar Allen's Motion to Modify Sentence (Doc. #161), filed on July 19, 2010, Plaintiff's Response in Opposition (Doc. #162) filed August 2, 2010, and Defendant's Reply thereto (Doc. #163) filed August 3, 2010, and good cause appearing,

**IT IS ORDERED that** Defendant Lemar Allen's Motion to Modify Sentence (Doc. #161) is **DENIED**.

DATED: August 6, 2010.

PHILIP M. PRO
United States District Judge