UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:05-CR-00422-PMP-GWF |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| LEMAR A. ALLEN, | ) | |
| Defendant. | ) | |

For the reasons set forth in the Government's Opposition (#166) to Defendant Allen's Motion for Amended Judgment of Conviction to Include Jail Time Credits (Doc. #165),

**IT IS ORDERED that** Defendant Lemar Allen's Motion to for Amended Judgment of Conviction to Include Jail Time Credits is **DENIED**.

DATED: March 22, 2011.

_____
PHILIP M. PRO
United States District Judge