UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

_____ FILED          _____ RECEIVED
_____ ENTERED        _____ SERVED ON
              COUNSEL/PARTIES OF RECORD

DEC 15 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:05-CR-422-APG-GWF |
| Plaintiff, ) | |
| vs. ) | |
| LEMAR ALLEN ) | |
| Defendant. ) | |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#83) on October 11, 2006.   Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment.   Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: FLORENCE KAISER
Amount of Restitution: $17,213.00

**Total Amount of Restitution ordered: $17,213.00****

**Joint and Several with co-defendants Louis Villescas and Tammi Camacho

Dated this _____ day of December, 2016.


_____
UNITED STATES DISTRICT JUDGE